UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV16-02165 JAK (Ex) | Date | August 29, 2016 |
|---|---|---|---|
| Title | Farzin Michael Feizbakhsh, et al. v. Travelers Commercial Insurance Company, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Boris Treyzon | Randy M. McElvain |

**Proceedings:** **PLAINTIFFS' MOTION TO REMAND (DKT. 14)**

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD CAUSE OF ACTION (DKT. 23)**

The motion hearing is held. The Court states its tentative view that it is inclined to deny Plaintiffs' Motion to Remand (the "Plaintiffs' Motion") and defers ruling on the Defendants' Motion to Dismiss Plaintiffs' Third Cause of Action (the "Defendants' Motion"). Counsel address the Court. The Court takes the Plaintiffs' Motion and Defendants' Motion UNDER SUBMISSION and a ruling will be issued.

Counsel request an extension of the deadline by which they are to complete their settlement efforts. The Court grants the request and continues the following deadlines:

| January 27, 2017: | Last day to complete settlement conference/mediation |
| February 3, 2017: | Last day to file notice of settlement or joint report re status of settlement |
| February 13, 2017 at 1:30 p.m.: | Post Mediation Status Conference |

Counsel shall agree on a private neutral and schedule a date for the conference/mediation as soon as possible so as to secure a date. A request to continue the dates will not be granted because the parties were not able to schedule a date timely.

**IT IS SO ORDERED.**

| | : | 27 |
|---|---|---|
| Initials of Preparer | ak | |